UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-21321-CIV- UNGARO/OTAZO-REYES

CARIDAD DANIELS and
LAZARO TABARES, for
themselves and all others
similarly situated,

    Plaintiffs,

v.

SANCHELIMA AND ASSOCIATES,
P.A. and JESUS "JAY" SANCHELIMA,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants Sanchelima and Associates, P.A. and Jesus "Jay" Sanchelima's (collectively, "Defendants") Motion to Show Cause why Plaintiffs Should Not be Adjudged in Contempt (hereafter, "Motion for Contempt") [D.E. 41]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Ursula Ungaro, United States District Judge [D.E. 43]. The undersigned held a contempt hearing on November 5, 2015. Based on the evidence received at the hearing, the undersigned finds no basis for a contempt adjudication. Therefore, it is

ORDERED AND ADJUDGED that Defendants' Motion for Contempt is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of November, 2015.

                              _____
                              ALICIA M. OTAZO-REYES
                              UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Ursula Ungaro
       Counsel of Record