UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-21321-UU

CARIDAD DANIELS, *et al.*

    Plaintiffs,

v.

SANCHELIMA & ASSOCIATES, P.A., *et al.*

    Defendants.

_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Order Approving Settlement Agreement.  D.E. 122.

THE COURT, having reviewed the Motion and being otherwise fully advised of the premises, hereby

ORDERS AND ADJUDGES that the Motion, (D.E. 122), is GRANTED, the Settlement Agreement, (D.E. 124), is APPROVED, and this action is DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers, Miami, Florida, this __17TH__ day of March, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record